IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR RAMOS,

    Petitioner,               No. CIV S-09-1831 DAD P

    vs.

WARDEN ADAMS,            ORDER AND

    Respondent.          FINDINGS AND RECOMMENDATIONS

_____/

        By order filed November 3, 2009, petitioner's amended petition for writ of habeas corpus was dismissed and thirty days leave to file a second amended petition was granted. The thirty day period has now expired, and petitioner has not filed a second amended petition or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a United States District Judge to this action;

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days after being served with these findings and recommendations, petitioner may file

1

1  written objections with the court.  The document should be captioned "Objections to Magistrate
2  Judge's Findings and Recommendations."  Petitioner is advised that failure to file objections
3  within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v.</u>
4  <u>Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED: December 22, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

9  DAD:lg
   ramo1831.fta

2